**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

| | |
|---|---|
| **JOSEPH PERRY** | **PLAINTIFF** |
| **VS.** | **CIVIL ACTION NO.: 3:12-cv-00647-HTW-LRA** |
| **3M COMPANY, ET AL.** | **DEFENDANTS** |

**AGREED ORDER OF DISMISSAL**
**WITHOUT PREJUDICE AS TO UNIMIN CORPORATION**

THIS CAUSE is before the Court pursuant to the joint Motion of Plaintiff, Joseph Perry, and Defendant, Unimin Corporation, for the dismissal without prejudice of Plaintiff's claims against the Defendant. The Court, being fully informed in the premises, finds that Plaintiff's claims against Unimin Corporation should be dismissed without prejudice.

IT IS THEREFORE ORDERED that the claims of Plaintiff, Joseph Perry, against Defendant, Unimin Corporation should be and are hereby dismissed without prejudice, with each party to bear its own costs, and Unimin Corporation is hereby discharged herefrom.

SO ORDERED, this 18th day of July, 2013.

/s/ Henry T. Wingate
UNITED STATED DISTRICT JUDGE

Prepared and submitted by:

BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC

/s/ *Edward W. Mizell*
Edward W. Mizell, Miss. Bar. No. 9412
1020 Highland Colony Parkway, Suite 1400
Post Office Box 6010
Ridgeland, Mississippi 39158-6010
Telephone:  601-985-4565
Facsimile:   601-985-4500
E-Mail: edward.mizell@butlersnow.com

ATTORNEY FOR UNIMIN CORPORATION

| AGREED AS TO FORM: | APPROVED AND AGREED: |
|---|---|
| /s/ John T. Givens | /s/ Edward W. Mizell |
| R. Allen Smith, Jr., (Miss. Bar No. 99984) | Victor J. Franckiewicz, Jr. (Miss. Bar No. 9642) |
| John T. Givens (Miss. Bar No. 101561) | J. Stevenson Ray  (Miss. Bar No. 4649) |
|  | Meade W. Mitchell (Miss. Bar No. 9649) |
| ATTORNEYS FOR PLAINTIFF | Edward W. Mizell (Miss. Bar No. 9412) |
|  | ATTORNEYS FOR UNIMIN CORPORATION |

ButlerSnow 16411455-1