UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

JOSEPH PERRY                                                                                           PLAINTIFF

VS.                                                CIVIL ACTION NO.: 3:12-cv-00647-HTW-LRA

3M COMPANY, ET AL.                                                                              DEFENDANTS

## AGREED ORDER OF DISMISSAL
## WITHOUT PREJUDICE AS TO THE MORIE COMPANY, INC.

THIS CAUSE is before the Court pursuant to the joint Motion of Plaintiff, Joseph Perry, and Defendant, The Morie Company, Inc., for the dismissal without prejudice of Plaintiff's claims against the Defendant. The Court, being fully informed in the premises, finds that Plaintiff's claims against The Morie Company, Inc. should be dismissed without prejudice.

IT IS THEREFORE ORDERED that the claims of Plaintiff, Joseph Perry, against Defendant, The Morie Company, Inc. should be and are hereby dismissed without prejudice, with each party to bear its own costs, and The Morie Company, Inc. is hereby discharged herefrom.

SO ORDERED, this 18th day of July, 2013.

/s/ Henry T. Wingate
UNITED STATED DISTRICT JUDGE

Prepared and submitted by:

BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC

/s/ *Edward W. Mizell*
Edward W. Mizell, Miss. Bar. No. 9412
1020 Highland Colony Parkway, Suite 1400
Post Office Box 6010
Ridgeland, Mississippi 39158-6010
Telephone:  601-985-4565
Facsimile:   601-985-4500
E-Mail: edward.mizell@butlersnow.com

ATTORNEY FOR THE MORIE COMPANY, INC.

| AGREED AS TO FORM: | APPROVED AND AGREED: |
|---|---|
| /s/ John T. Givens | /s/ Edward W. Mizell |
| R. Allen Smith, Jr., (Miss. Bar No. 99984) | Victor J. Franckiewicz, Jr. (Miss. Bar No. 9642) |
| John T. Givens (Miss. Bar No. 101561) | J. Stevenson Ray (Miss. Bar No. 4649) |
| ATTORNEYS FOR PLAINTIFF | Meade W. Mitchell (Miss. Bar No. 9649) |
| | Edward W. Mizell (Miss. Bar No. 9412) |
| | ATTORNEYS FOR THE MORIE COMPANY, INC. |

ButlerSnow 16411475-1