/s/ Henry T. Wingate