# IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

JOSEPH PERRY                                                                  PLAINTIFFS

V.                                     CIVIL ACTION NO. 3:12-CV-647-HTW-LRA

PANGBORN CORPORATION, ET AL.                         DEFENDANTS

## AGREED ORDER AND FINAL JUDGMENT OF DISMISSAL WITHOUT PREJUDICE AS TO MINE SAFETY APPLIANCES COMPANY

This matter is before the Court on the motion of the Plaintiff Joseph Perry and Mine Safety Appliances Company for dismissal of the claims that were brought or that could have been brought by him against Mine Safety Appliances Company without prejudice. The Court having considered the motion and the agreement of the parties, finds that the motion should be granted.

IT IS, THEREFORE, ORDERED that the claims that were brought or that could have been brought by Plaintiff Joseph Perry are dismissed without prejudice against Mine Safety Appliances Company. Each party is to bear its own costs and attorney fees.

IT IS, FURTHER ORDERED as there is no just reason for delay, that Final Judgment shall be entered as to Mine Safety Appliances Company pursuant to Rules 54(b), 58 and 79(a). Each party is to bear its own costs and attorney fees.

SO ORDERED, this 18th day of July, 2013.

                                                                /s/ Henry T. Wingate
                                                 United States District Court Judge

01558168

AGREED TO:

/s/ CHARLES R. WILBANKS, JR.
CHARLES R. WILBANKS, JR., MSB #7193
MATTHEW R. DOWD, MSB #101928
G. AUSTIN STEWART, MSB #102570
BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
P. O. Drawer 119
Jackson, Mississippi 39205
Telephone: (601) 948-3101
Facsimile: (601) 960-6902
*ATTORNEYS FOR MINE SAFETY APPLIANCES COMPANY*

_____
R. Allen Smith, Jr., MSB #99984
THE M H LAW FIRM, P.L.L.C.
681 owne Center Blvd., Suite B
Ridgeland, MS 39157

Timothy Porter, MSB #9687
Patrick C. Malouf, MSB #9702
Jolumy T. Givens, MSB #101561
PORTER & MALOUF, P.A.
P.O. Box 12768
Jackson, Mississippi 39236
*Attorneys for Plaintiffs*

01558168