# IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

**JOSEPH PERRY**                                        **PLAINTIFF**

**v.**                                    **CIVIL ACTION NO. 3:12cv647-HTW-LRA**

**3M COMPANY, ET AL.**                              **DEFENDANTS**

## AGREED ORDER AND FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE
## OF AMERICAN OPTICAL CORPORATION

This matter came before the Court on the joint motion of Plaintiff, Joseph Perry, and Defendant American Optical Corporation ("American Optical"), to have all of Plaintiff's claims against American Optical dismissed with prejudice. The Court, being fully advised, finds that the Motion is well taken and should be granted.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that all claims of Joseph Perry against American Optical are dismissed with prejudice with each party to bear its own costs.

SO ORDERED AND ADJUDGED this the 18th day of July, 2013.

                                                            /s/ Henry T. Wingate
                                                   UNITED STATES DISTRICT JUDGE

AGREED TO AND APPROVED BY:

_____  
T    ot  y      rter, Esq. (MSB#9687)  
J  h    . Givens, Esq. (MSB#lO1561)  
P    TER & MALOUF, P.A.  
P.O. Box 12768  
Jackson, MS 39236-2768  


R. Allen Smith, Jr., {MSB#99984)  
THE SMITH LAW FIRM, PLLC  
681 B Towne Center Boulevard  
Ridgeland, Mississippi 39157  

*Attomeys for Plailltiff*

J3._f_t_:_  
Walter T. Johnson (MSB#8712)  
Joseph G. Baladi (MBS#I00286)  
Corey D. Hinshaw (MSBII101520)  
WATKINS & EAGER PLLC  
400 East Capitol Street  
P.O. Box 650  
Jackson, MS 39205  

*Attomeys for Ame1·ica11 Optictll Cmportttioll*