IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

JOSEPH PERRY                                                     PLAINTIFF

V.                                    CAUSE NO: 3:12-CV-00647-HTW-LRA

3M COMPANY, ET AL.                                     DEFENDANTS

**AGREED ORDER OF DISMISSAL WITHOUT PREJUDICE**

THIS MATTER, having come before the Court on the motion of defendants, Clemco Industries Corporation, Clark Sand Company, Inc., Custom Aggregates & Grinding, Inc., Precision Packaging, Inc. and Southern Silica of Louisiana, Inc. ("defendants"), to have the claims of plaintiff Joseph Perry against these defendants voluntarily dismissed without prejudice. The Court, having considered the motion, and being further advised that the parties to this order are in agreement, finds that the motion is well-taken and should be granted.

IT IS THEREFORE, ORDERED AND ADJUDGED, that this action is hereby dismissed without prejudice as to defendants, Clemco Industries Corporation, Clark Sand Company, Inc., Custom Aggregates & Grinding, Inc., Precision Packaging, Inc. and Southern Silica of Louisiana, Inc. Each party to bear its own cost.

SO ORDERED, this the 18th day of July, 2013.

                                               /s/ Henry T. Wingate
                                               UNITED STATES DISTRICT JUDGE