UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**JOSEPH PERRY**                                                                                          **PLAINTIFF**

**VS.**                                                            **CIVIL ACTION NO.: 3:12-CV-00647-HTW-LRA**

**3M COMPANY, ET AL.**                                                                                 **DEFENDANTS**

### AGREED FINAL JUDGMENT OF DISMISSAL WITHOUT PREJUDICE OF EMPIRE ABRASIVE EQUIPMENT CORPORATION & EMPIRE ABRASIVE EQUIPMENT COMPANY, L.P.

This cause having come on to be heard on the joint *ore tenus* motion of the Plaintiff Joseph Perry and Defendants Empire Abrasive Equipment Corporation and Empire Abrasive Equipment Company, L.P. and the Court having been advised that the parties are in agreement as to this matter does hereby;

**ORDER AND ADJUDGE** that the claims of the Plaintiff Joseph Perry against Defendants Empire Abrasive Equipment Corporation and Empire Abrasive Equipment Company, L.P. are hereby dismissed, without prejudice, with each party bearing its own respective costs; and

**ORDER AND ADJUDGE** that the Clerk of the Court is forthwith directed to enter this Agreed Final Judgment of Dismissal Without Prejudice, there being no just cause for delay.

So **ORDERED AND ADJUDGED** this the 18th day of July, 2013.

/s/ Henry T. Wingate
**DISTRICT COURT JUDGE**